# Third District Court of Appeal

## State of Florida

Opinion filed July 19, 2017.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D17-10
Lower Tribunal No. 16-1333
_____

**Fabrica de Fideos Rivoli, S.A.,**
Appellant,

vs.

**Famex Investments Limited,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Rodney Smith, Judge.

Dorta Law, and Matias R. Dorta, for appellant.

Jones & Adams, P.A., and Matthew L. Jones, for appellee.

Before LAGOA, SCALES and LUCK, JJ.

PER CURIAM.

Fabrica de Fideos Rivoli, S.A., the defendant below, appeals a non-final order denying its motion to dismiss the instant action for lack of personal

jurisdiction. Concluding that the trial court correctly applied the two-prong test for determining whether personal jurisdiction may be exercised over a nonresident defendant, we affirm. See Venetian Salami Co. v. Parthenais, 554 So. 2d 499, 502 (Fla. 1989) (providing that personal jurisdiction over a nonresident defendant exists where: (1) the complaint alleges sufficient jurisdictional facts to satisfy Florida's long-arm statute, section 48.193 of the Florida Statutes; and (2) the nonresident defendant has sufficient minimum contacts with Florida to satisfy constitutional due process concerns).

Affirmed.